

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F# 2019R00637

225 Cadman Plaza East
*Brooklyn, New York 11201*

April 30, 2019

Mr. Anton Bogdanov

      Re: United States V Anton Bogdanov
          <u>Criminal Docket No. CR 19-197 (MKB)</u>

Dear Mr. Bogdanov:

Please take notice that the above case will be called in the United States District Court located at 225 Cadman Plaza East, Brooklyn, New York on **Thursday, May 9, 2019 at 11:00 AM**. Please report to the Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor and at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency, which is located on the South Wing Room 219, 2nd Floor in the Courthouse. You should arrive at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

                                      Very truly yours,

                                      RICHARD P. DONOGHUE
                                      UNITED STATES ATTORNEY

                              BY: Nicole Michelle Jackson
                                   Grand Jury Coordinator

cc: Hon. M.K. Brodie (Magistrate Kuo for the plea)

    Jonathan E. Algor
    Assistant U.S. Attorney

    Pretrial Services Officer

    Andrew J. Frisch, Esq.