UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

UNITED STATES OF AMERICA,

        - against -

ANTON BOGDANOV,

        Defendant.

ORDER

19-CR-197 (MKB)

-----------------------------------------------------------------

MARGO K. BRODIE, United States District Judge:

Upon receipt of this Order, the Metropolitan Detention Center ("MDC") is ORDERED to (1) take all steps necessary to provide inmate Anton Bogdanov (83726-053) with the discovery CD already provided to the MDC for his review by the United States Attorney's office promptly; and (2) schedule Mr. Bogdanov to see a dermatologist within two weeks of the date of this Order.

If the MDC is unable to provide Mr. Bogdanov with his discovery CD by Friday, September 13, 2019, or fails to schedule Mr. Bogdanov to see a dermatologist on or before September 25, 2019, the MDC must explain the reasons for its failure in writing to the Court.

Dated: September 11, 2019
       Brooklyn, New York

SO ORDERED:

       s/ MKB
MARGO K. BRODIE
United States District Judge