THE LAW OFFICES OF
# ANDREW J. FRISCH, PLLC

ONE PENN PLAZA
53rd FLOOR
NEW YORK, NEW YORK 10119
(212) 285-8000
FAX: (646) 304-0352

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

October 15, 2019

*Filed by ECF*
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *United States v. Anton Bogdanov, 19-CR-197 (MKB)*

Dear Judge Brodie:

      I write on behalf of Anton Bogdanov in the above-referenced case to consent to an exclusion of time under the Speedy Trial Act from the date of the last week's scheduled conference to October 25, 2019, the rescheduled date.

                              Respectfully submitted,

                              /s/
                            Andrew J. Frisch

cc: All Counsel